**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Samuel WRIGHT, Defendant– Appellant.**

No. 01–6065.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Samuel Wright, pro se. Richard Barton Campbell, Office of the United States Attorney, Richmond, VA, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Samuel Wright seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Wright's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United*

*States v. Wright,* Nos. CR–98–411; CA–99–800 (E.D.Va. Dec. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*